IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| MICKEY MCADAMS, <br><br> Plaintiff, <br><br> v. <br><br> C.R. BARD, INC., BARD PERIPHERAL VASCULAR, INC., and MCKESSON CORPORATION, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * CV 120-124 <br> * <br> * <br> * <br> * <br> * <br> * |

O R D E R

Before the Court is the Parties' joint stipulation of dismissal without prejudice of the complaint and all causes of action against Defendant McKesson Corporation. (Doc. 39.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the claims against Defendant McKesson Corporation are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** Defendant McKesson Corporation as a party to this action and any motions filed by Defendant McKesson Corporation. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of February, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA